**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF KENTUCKY**

| | | |
|---|---|---|
| MICAH D. MARSHALL, | : | CASE NO.   3:23-CV-666-CHB |
| Plaintiff, | : | JUDGE   Judge Claria Horn Boom |
| v. | : | |
| BYRIDER FINANCE, LLC *dba* CNAC, *et al.*, | : | **NOTICE OF REMOVAL** |
| Defendants. | : | |

Now comes Defendant Credit Clearing House of America, Inc. ("CCHA"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, and 15 U.S.C. §§ 1692 *et seq.*, and files this Notice of Removal, and in support hereof sets forth the following grounds:

1. On or after November 22, 2023, CCHA was served with Plaintiff Micah D. Marshall's ("Plaintiff") Complaint, a copy of which is attached hereto, in an action entitled <u>Micah D. Marshall v. Byrider Finance, LLC *dba* CNAC, *et al.*</u>, filed of record with the Clerk of Courts for the Jefferson District Court, Jefferson County, Kentucky, Case No. 23-C-028567.

2. Plaintiff's Complaint alleges that CCHA failed to comply with certain requirements imposed upon it by the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692 *et seq.* ("FDCPA").

3. Because Plaintiff's Complaint alleges that CCHA failed to comply with certain requirements imposed upon it by the FDCPA, this Court has original jurisdiction over this civil action under the FDCPA based upon 28 U.S.C. § 1331 and 15 U.S.C. §§ 1692 *et seq*. Pursuant to 28 U.S.C. § 1441, therefore, the civil action pending in the Jefferson District Court, Jefferson County, Kentucky is removable to this Court.

4. In addition to this Court's original jurisdiction under 28 U.S.C. § 1331 and 15 U.S.C. §§ 1692 *et seq.*, Plaintiff's Complaint seeks the recovery of actual damages and alleges injury to Plaintiff's credit through the reporting of false and inaccurate information on Plaintiff's credit reports. Because the factual allegations set forth in Plaintiff's Complaint must be presumed to be true at this stage of the proceedings, sufficient factual allegations exist for this Court to conclude that Plaintiff has alleged a "concrete harm" necessary for Article III standing pursuant to *TransUnion LLC v. Ramirez*, 141 S.Ct. 2190, 2205 (2021).

5. On or about December 20, 2023, CCHA filed an Unopposed Motion for Extension of Time to File Its Response to Plaintiff's Complaint, a copy of which is attached hereto, with the Clerk of Courts for the Jefferson District Court, Jefferson County, Kentucky, Case No. 23-C-028567.

6. CCHA has not filed any other documents or pleadings with the Clerk of Courts for the Jefferson District Court, Jefferson County, Kentucky, Case No. 23-C-028567, and is not aware of any other filings.

7. Thirty (30) days have not yet expired since CCHA's receipt of Plaintiff's Complaint.

8. Copies of all process, pleadings and orders served upon CCHA in this action are attached hereto.

9. CCHA has provided written notice of the filing of this Notice of Removal to Plaintiff by U.S. mail on this date, as well as the Co-Defendants named in Plaintiff's Complaint, with respect to whom CCHA does not possess any information confirming service or representation, and will also forward a Notice for filing with the Clerk of Courts for the Jefferson District Court, Jefferson County, Kentucky, regarding this Notice of Removal.

WHEREFORE, CCHA prays that the above-captioned action now pending in the Jefferson District Court, Jefferson County, Kentucky be removed therefrom and placed on the regular docket of the United States District Court for the Western District of Kentucky, Louisville Division.

Respectfully submitted,

SURDYK, DOWD & TURNER CO., L.P.A.

*/s/ Christopher T. Herman*
Christopher T. Herman (KY # 94840)
8163 Old Yankee Street, Suite C
Dayton, Ohio 45458
(937) 222-2333 | (937) 222-1970 (fax)
cherman@sdtlawyers.com
*Counsel for Defendant Credit Clearing House of America, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 21, 2023, I sent a copy of the foregoing by U.S. Mail to the following:

James Hays Lawson, Esq.
Lawson at Law, PLLC
P.O. Box 1286
Shelbyville, KY 40066

Byrider Finance, LLC dba CNAC
c/o Brett Johnson
6619 Dixie Highway
Florence, KY 41042

Equifax Information Services, LLC
c/o Corporation Service Company
421 West Main Street
Frankfort, KY 40601

Experian Information Solutions, Inc.
c/o CT Corporation System
306 West Main Street, Suite 512
Frankfort, KY 40601

Trans Union, LLC
c/o The Prentice Hall Corp. System
421 West Main Street
Frankfort, KY 40601

*/s/ Christopher T. Herman*
Christopher T. Herman (KY # 94840)