UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MICAH D. MARSHALL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 3:23-CV-666-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER OF DISMISSAL OF** |
| BYRIDER FINANCE, LLC, *et al.* | ) | **DEFENDANT EQUIFAX** |
| | ) | **INFORMATION SERVICES, LLC,** |
| Defendants. | ) | **WITH PREJUDICE** |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendant Equifax Information Services, LLC, [R. 27], pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Having reviewed the Stipulation, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. The Stipulation of Dismissal with Prejudice filed by Plaintiff and Defendant Equifax Information Services, LLC, [**R. 27**], is **GRANTED**.

2. Plaintiff claims against Defendant Equifax Information Services, LLC, are **DISMISSED WITH PREJUDICE,** with each party to bear their own costs and attorney's fees.

3. All claims having been resolved, *see* [R. 12; R. 17; R. 24], this matter is **DISMISSED WITH PREJUDICE** as to all Defendants, all dates and deadlines are hereby **VACATED**, and this matter is **STRICKEN** from the Court's active docket.

This the 11th of October 2024.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:  Counsel of Record